IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *     Criminal No. ELH-14-0271 |
| KEYON PAYLOR | * |
| | * |

...ooOoo...

## JOINT MOTION FOR PROTECTIVE ORDER

On April 9, 2015, the Court ordered the government to disclose to defense counsel certain Baltimore Police Department Internal Affairs Division ("IAD") records for a potential law enforcement witness in this case.

The government contends that under Maryland law, IAD records are confidential "personnel records." *See* Md. Code, State Government Article, § 10-616. The government agrees, however, that certain of the IAD records are subject to disclosure *in this particular case* in light of the defendant's right to discovery under *Giglio v. United States*, 405 U.S. 150 (1972) and *Brady v. Maryland*, 373 U.S. 83 (1963). *See Baltimore Police v. State*, 857 A.2d 148, 156-58 (Md.App. 2004) (affirming disclosure of confidential IAD files in light of defendant's discovery rights).

Although Mr. Paylor sought additional disclosures of IAD files,[1] the parties agree that the

---

1 Mr. Paylor sought a subpoena for all IAD records related to the officers involved in the arrest of Mr. Paylor. *See* ECF 40 (*ex parte* subpoena request). With the Court's permission, Mr. Paylor also submitted an *ex parte* letter summarizing the basis for his request for review of all IAD files. *See* ECF 54 (*ex parte* letter). By Letter Order dated April 9, 2015, the Court ordered limited disclosure of some of the IAD files. *See* ECF 63. Mr. Paylor agrees to the entry of a protective order related to the release of those files, but does not waive the arguments raised in favor of disclosure of all IAD files.

IAD files ordered disclosed in this case remain confidential and should be disclosed pursuant to a protective order. Thus, pursuant to Federal Rule of Criminal Procedure 16(d), the parties have submitted for the Court's consideration a proposed protective order that would limit disclosure of the IAD files to counsel for the defendant, and would require that the files be returned by defense counsel at the close of this case.

WHEREFORE, the parties respectfully request that the Court entered the proposed protective order attached to this motion.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By: _____/s/_____
Peter J. Martinez
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800


_____/s/_____
Brendan A. Hurson
Assistant Federal Public Defender
100 S. Charles Street
Ninth Floor
Baltimore, Maryland 21201
(410) 962-3962