**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

February 7, 2024

Jason Medinger, Esquire
 Assistant United States Attorney

Gayle Horn, Esquire

Renee Spence, Esquire

> Re:   *Keyon Paylor v. United States of America*
>         Criminal No.:  ELH-14-0271, Related Civil No.: ELH-18-0745

Dear Counsel:

This letter summarizes our discussions during the lengthy scheduling conference held by telephone on February 7, 2024.

As discussed, I have set a 90-day period of time for the parties to engage in and complete fact discovery, to include the deposition of Daniel Hersl, who is incarcerated.  The government will attempt to alert Mr. Hersl of Mr. Paylor's request to depose him.  The government has also agreed to help facilitate the appointment of counsel for Mr. Hersl.

It is my understanding that the relevant period of time for fact discovery extends to and includes the date of Mr. Paylor's guilty plea on April 21, 2015.  In light of the Fourth Circuit's opinion in *United States v. Paylor*, the period after April 21, 2015, would not be of relevance.

Upon the completion of fact discovery, the parties shall submit a status report, joint, if possible.  The Court will hold a telephone scheduling conference at **5:00 p.m. on May 13, 2024**. The government is to initiate the call to defense counsel and then to Chambers.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Ellen Lipton Hollander
United States District Judge