**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 1, 2024

  Re: *United States v. Keyon Paylor*
     Criminal No. ELH-14-0271

Dear Counsel:

  I am in receipt of the government's "Supplemental Response to Motion to Vacate Judgment Under 28 U.S.C. Section 2255." ECF 192 ("Supplemental Response"). I note that the government did not submit a proposed order with respect to the Supplemental Response. Therefore, I ask the government to submit a proposed order as soon as possible.

  Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

            Very truly yours,

             /s/
            Ellen Lipton Hollander
            United States District Judge