UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA           :
                                   :
                                   :
v.                                 :      Crim. No. ELH-14-0271
                                   :
                                   :
KEYON PAYLOR,                      :
                                   :
Defendant.

## ORDER DISMISSING INDICTMENT

On Monday, March 3, this Court vacated the judgment against the Defendant (ECF 196) based upon the government's Supplemental Response to [Keyon Paylor's] Motion to Vacate Judgment Under 28 U.S.C. Section 2255 (ECF 192). In its Supplemental Response the United States joined in the Defendant's Motion to Vacate Judgment for several reasons, most importantly because doing so was in the interests of justice, and indicated its intent to dismiss the indictment for the same reasons once judgment was vacated.

The United States of America, with the consent of the Defendant, now seeks leave of the Court to dismiss the Indictment pending against the Defendant in the above captioned case (ECF 1).

Accordingly, this Court hereby DISMISSES the Indictment against Keyon Paylor with prejudice and ORDERS the Clerk to close this case.

SO ORDERED this 6th day of March, 2024.

*Ellen R. Hollander*
Honorable Ellen L. Hollander
United States District Judge